# FIELDS LAW FIRM

BLAKE BAUER
ATTORNEY
DIRECT 612-206-3489
1-888-847-8517 EXT. 489
BLAKE@FIELDSLAW.COM

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

February 2, 2022

The Honorable Judge Sam A. Lindsay
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1544
Dallas, TX 75242-1003                                             *VIA ECF*


RE:     Charles Lenart v. Experian Information Solutions, Inc., et al.
        Court File No. 3:21-cv-2603-L

Dear Judge Lindsay:

Please be advised that Plaintiff Charles Lenart and Defendant Experian Information Solutions, Inc., have settled the claims between these two parties. Defendant Nationstar Mortgage LLC still remains, and Plaintiff has not settled the claims with this Defendant. The Parties anticipate filing a Stipulation of Dismissal within the next 45 to 60 days.

Respectfully Submitted,

Blake Bauer
BB/as
Attorney

cc: All Counsel (via ECF)