UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Charles Lenart,<br><br>         Plaintiff,<br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>         Defendants. | Case No. 3:21-CV-2603<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Experian Information Solutions, Inc. ONLY, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Experian Information Solutions, Inc. ONLY, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 04/12/2022                                  **Fields Law Firm**

*/s/ Blake Bauer*
**BLAKE BAUER**
Reg. No. 0396262
**FIELDS LAW FIRM**
9999 Wayzata Blvd
Minnetonka, MN 55305
Tel: (612) 206-3489
Fax: (612) 370-4256
FCRA-TX@fieldslaw.com

**LAW OFFICE OF JONATHAN A. HEEPS**

/s/ *Jonathan A. Heeps*

1

        Jonathan A. Heeps
        TX Bar No.: 24074387
        Post Office Box 174372
        Arlington, TX 76003
        T: (682) 738-6415
        F: (844) 738-6416
        Email: jaheeps@heepslaw.com

*Counsel for Plaintiff*

Dated: 04/12/2022        **Jones Day**

        By: /s/*Elijah Stone*
        Elijah Stone, TX # 24110413
        2727 N. Harwood St. 5th Floor
        Dallas, TX 75201
        T: (214) 969-4882
        F: (214) 969-5100
        estone@jonesday.com

*Attorney for Defendant*