# FIELDS LAW FIRM

| | |
|---|---|
| **BLAKE BAUER** | **ANGELA STURM** |
| ATTORNEY | PARALEGAL |
| DIRECT 612-206-3489 | DIRECT 612-206-3471 |
| 1-888-847-8517 EXT. 489 | 1-888-847-8517 EXT. 471 |
| BLAKE@FIELDSLAW.COM | ANGELA@FIELDSLAW.COM |

October 18, 2022

The Honorable Judge Sam A. Lindsay
Northern District of Texas
1100 Commerce Street, Room 1544
Dallas, TX 75242-1003

*VIA ECF*

RE: Charles Lenart v. Experian Information Solutions, Inc., et al.
Court File No. 3:21-cv-2603-L

Dear Judge Lindsay,

Please be advised that Plaintiff Charles Lenart and Nationstar Mortgage LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Stipulation of Dismissal within 45 days. No other Defendants remain.

Respectfully Submitted,

*/s/ Blaker Bauer*

Blake Bauer
BB/as
Attorney

cc: All Counsel (via ECF)