IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLES LENART,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:21-CV-2603-L** |
| **NATIONSTAR MORTGAGE, LLC,** | § § § | |
| Defendant. | § § | |

## ORDER

Before the court is the parties' Stipulation for Dismissal with Prejudice as to Nationstar Mortgage LLC (Doc. 26), filed November 23, 2022. The court determines that this case should be dismissed. Accordingly, all claims of Plaintiff and this action against Defendant are hereby **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 28th day of November, 2022.

Sam A. Lindsay
United States District Judge

Order – Solo Page